IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

JOHNNY M. STAGGS, )
)
v. ) 1:08-0067
)
MICHAEL J. ASTRUE, Commissioner of Social )
   Security. )

**O R D E R**

      Before the Court is the Report and Recommendation of Magistrate Judge Knowles in which he recommends denial of the Plaintiff's Motion for Judgment on the Administrative Record and affirmance of the decision of the Commissioner. No objections have been filed.

      The Court has read and considered the Report and finds the same to be correct in fact and law. The Report and Recommendation is adopted by this Court.

      For the reasons set forth in the Report and Recommendation, the Plaintiff's Motion for Judgment on the Administrative Record, Document #12, is **DENIED,** Defendant's Motion for Judgment on the Record, Document #18, is **GRANTED**, and the decision of the Commissioner is **AFFIRMED**. This case is **DISMISSED**.

      It is so **ORDERED**.

_____
Thomas A. Wiseman, Jr.
Senior U.S. District Judge